5 So.2d 840

## J. B. PRESLEY v. CITY OF SCOTTSBORO.
### 8 Div. 124.

Supreme Court of Alabama.
Jan. 22, 1942.

H. T. Foster and Brown, Scott & Dawson, all of Scottsboro, for appellant.

Proctor & Snodgrass and Jas. M. Proctor, all of Scottsboro, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.